USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1705 DEBRA C. VINGI, Plaintiff, Appellant, v. STATE OF RHODE ISLAND, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ Debra C. Vingi on brief pro se. ______________ Jeffrey B. Pine, Attorney General, and Brenda A. Doyle, Special ________________ ________________ Assistant Attorney General, on brief for appellee. ____________________ December 29, 1997 ____________________ Per Curiam. Plaintiff-appellant challenges the ___________ summary judgment dismissal of claims alleging gender discrimination in the rejection of her applications for admission to the State Police Training Academy. The claims were based on theories of disparate impact in the use of a written exam, background investigations and application processing, intentional discrimination, and alleged retaliation for the filing of administrative complaints. Reviewing the judgment de novo, in light of the __ ____ briefs, the appendix, and the record, we agree with the district court's decision and affirm substantially for the reasons set forth in the magistrate judge's May 24, 1996 Report and Recommendation. See Loc. R. 27.1. ___ Affirmed.  ________ -2-